# Exhibit 1

**District 1**

## Case Summary

**Case No. 2024L003362**

| | | | | |
|---|---|---|---|---|
| **Martha Smith -vs- Midea America Corporation,Corelle Brands Acquisition Holdings, et al.** | § | Location: | **District 1** | |
| | § | Judicial Officer: | **Calendar, C** | |
| | § | Filed on: | **03/28/2024** | |
| | § | Cook County Attorney Number: | **56079** | |
| | § | Cook County Attorney Number: | **41737** | |

---

### Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **03/28/2024   Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

---

### Assignment Information

**Current Case Assignment**
Case Number     2024L003362
Court           District 1
Date Assigned   03/28/2024
Judicial Officer  Calendar, C

---

### Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Smith, Martha** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **Corelle Brands Acquisition Holdings, et al.** | **Young, Timothy James** *Retained* |
| | **Midea America Corporation** | **Young, Timothy James** *Retained* |

---

### Events and Orders of the Court

08/26/2024
   Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Stanton, Patrick T)
      Party:   Defendant Midea America Corporation

08/26/2024
   **Continued Case Management**  (9:30 AM)   (Judicial Officer: Stanton, Patrick T)
      Resource: Location L2203 Court Room 2203
      Resource: Location D1 Richard J Daley Center
      **MINUTES - 08/26/2024**
            Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Stanton, Patrick T)
               Party:   Defendant Midea America Corporation
         Allowed;

08/22/2024
   Motion Filed

## Case Summary

**Case No. 2024L003362**

*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*
Party:   Defendant Midea America Corporation
*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*

08/22/2024
Exhibits Filed
*Exhibit A*
Party:   Defendant Midea America Corporation
*Exhibit A*

08/22/2024
Notice Of Motion Filed
*Notice of Motion*
Party:   Defendant Midea America Corporation
*Notice of Motion*

06/24/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Stanton, Patrick T)
*8/26/24 at 9:30*
Party:   Defendant Corelle Brands Acquisition Holdings, et al.;
Defendant Midea America Corporation
*8/26/24 at 9:30*

06/24/2024
**Continued Case Management**   (9:30 AM)   (Judicial Officer: Stanton, Patrick T)
Resource: Location L2203 Court Room 2203
Resource: Location D1 Richard J Daley Center
**MINUTES - 06/24/2024**

Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Stanton, Patrick T)
*8/26/24 at 9:30*
Party:   Defendant Corelle Brands Acquisition Holdings, et al.;
Defendant Midea America Corporation
*8/26/24 at 9:30*

**Continued Case Management**   (08/26/2024 at 9:30 AM)   (Judicial Officer: Stanton, Patrick T)
Resource: Location L2203 Court Room 2203
Resource: Location D1 Richard J Daley Center
Continued;

05/28/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Stanton, Patrick T)
Party:   Plaintiff Smith, Martha

05/28/2024   **First Time Case Management**   (9:30 AM)   (Judicial Officer: Stanton, Patrick T)
Resource: Location L2203 Court Room 2203
Resource: Location D1 Richard J Daley Center

04/26/2024
Notice Filed
*Defendants' Notice of Bankruptcy Stay*
Party:   Defendant Corelle Brands Acquisition Holdings, et al.
*Defendants' Notice of Bankruptcy Stay*

04/26/2024
Notice Of Filing Filed
*Notice of Filing*
Party:   Defendant Corelle Brands Acquisition Holdings, et al.
*Notice of Filing*

04/25/2024
Electronic Notice Sent
Party:   Defendant Midea America Corporation
Party 2:   Attorney Mason, Alec

04/25/2024
Electronic Notice Sent
Party:   Defendant Midea America Corporation
Party 2:   Attorney Young, Timothy James

**District 1**

## Case Summary

**Case No. 2024L003362**

04/25/2024
Electronic Notice Sent
    Party:   Defendant Midea America Corporation
    Party 2:   Attorney LaClair, Jordan William

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney LaClair, Jordan William

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney Mason, Alec

04/24/2024
Electronic Notice Sent
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney Young, Timothy James

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Smith, Martha
    Party 2:   Attorney Cesarone, Frank Vincent

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Smith, Martha
    Party 2:   Attorney Cesarone, Frank Vincent

04/24/2024
Electronic Notice Sent
    Party:   Plaintiff Smith, Martha
    Party 2:   Attorney Flowers, Peter John

04/23/2024
Affidavit Filed
    *Amended Suggestion of Bankruptcy*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    *Amended Suggestion of Bankruptcy*

04/23/2024
Notice Of Filing Filed
    *Notice of Filing*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    *Notice of Filing*

04/12/2024
Appearance Filed - Fee Paid - (Jury Demand)
    *Appearance and Jury Demand of All Defendants*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney Young, Timothy James
    *Appearance and Jury Demand of All Defendants*

04/12/2024
Affidavit Filed
    *Suggestion of Bankruptcy*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney Young, Timothy James
    *Suggestion of Bankruptcy*

04/12/2024
Notice Of Filing Filed
    *Notice of Filing*
    Party:   Defendant Corelle Brands Acquisition Holdings, et al.
    Party 2:   Attorney Young, Timothy James
    *Notice of Filing*

04/04/2024
Certificate Filed

**District 1**

## Case Summary

**Case No. 2024L003362**

*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*
Party:   Plaintiff Smith, Martha
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*

04/04/2024
Certificate Filed
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*
Party:   Plaintiff Smith, Martha
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*

03/28/2024   New Case Filing

03/28/2024
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law and Jury Demand*
Party:   Plaintiff Smith, Martha
Party 2:   Attorney Cesarone, Frank Vincent
*Plaintiff's Complaint at Law and Jury Demand*

03/28/2024
Exhibits Filed
*Civil Action Cover Sheet*
Party:   Plaintiff Smith, Martha
Party 2:   Attorney Cesarone, Frank Vincent
*Civil Action Cover Sheet*

03/28/2024
Summons Issued And Returnable
*Summons to Midea America Corporation*
Party:   Plaintiff Smith, Martha
Party 2:   Attorney Cesarone, Frank Vincent
*Summons to Midea America Corporation*

03/28/2024
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings, et al.*
Party:   Plaintiff Smith, Martha
Party 2:   Attorney Cesarone, Frank Vincent
*Summons to Corelle Brands Acquisition Holdings, et al.*